# UNITED STATES DISTRICT COURT
## Northern District of California

| | |
|---|---|
| AMBER KRISTI MARSC | No. C-11-05226 MEJ |
| Plaintiff(s), | **NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE** |
| v. | |
| ZAAZOOM SOLUTIONS | |
| Defendant(s). | |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

(1) One or more of the parties has requested reassignment to a United States District Judge;

(2) One or more of the parties has sought a kind of judicial action that a Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence; or

(3) One or more of the parties has failed to respond to an order to file a consent to proceed before a Magistrate Judge.

All previous hearing dates are hereby **VACATED.**

Dated: November 14, 2011

Richard W. Wieking, Clerk
United States District Court

By: Brenda Tolbert, Deputy Clerk