**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (CA Bar No. 226112)
Jeffrey M. Rosenfeld (CA Bar No. 222187)
Virginia A. Sanderson (CA Bar No. 240241)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KRInternetLaw.com
jeff@KRInternetLaw.com
ginny@KRInternetLaw.com

Attorneys for Plaintiffs
AMBER KRISTI MARSH AND STACIE EVANS

**DENNIS A. WINSTON A PROFESSIONAL LAW CORPORATION**
Dennis A. Winston (CA Bar No. 068049)
3221 Carter Ave, Apt. 444
Marina Del Rey, California 90292
Telephone: (310) 306-4099
Facsimile: (310) 306-4499
denniswinston@yahoo.com

Attorneys for Defendants
ZAAZOOM SOLUTIONS, LLC; ZAZA PAY, LLC;
AUTOMATED ELECTRONIC CHECKING, INC.;
MULTIECOM, LLC; AND
ONLINE RESOURCE CENTER, LLC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **AMBER KRISTI MARSH** and **STACIE EVANS**, individually and on behalf of a class of similarly situated persons,<br><br>Plaintiffs,<br><br>vs.<br><br>**ZAAZOOM SOLUTIONS, LLC**, *et al.*,<br><br>Defendants. | **CLASS ACTION**<br><br>Case No. 3:11-cv-05226-RS<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO SET ASIDE DEFAULT ENTERED AGAINST DEFENDANTS MULTIECOM, LLC AND ONLINE RESOURCE CENTER, LLC<br><br>[F.R.Civ.P. 55(c)] |

Case No. 3:11-cv-05226-RS         **STIPULATION TO SET ASIDE DEFAULT;** [~~PROP.~~] **ORDER**

**TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN**:

Plaintiffs AMBER KRISTI MARSH and STACIE EVANS ("Plaintiffs") and Defendants MULTIECOM, LLC and ONLINE RESOURCE CENTER, LLC ("Defendants") hereby STIPULATE as follows:

1. On November 15, 2011, the Clerk of the Court entered default against Defendants MultiECom, LLC and Online Resource Center, LLC [D.E. No. 26] (the "Default").

2. The Default was the result of mistake, inadvertence and excusable neglect on the part of counsel for Defendants which were first named as Defendants in the Second Amended Complaint in the above-captioned action.

2. Plaintiffs will not be prejudiced by setting aside the Default and the Default was not the result of bad faith.

3. Plaintiffs and Defendants therefore stipulate and request that the Court set aside the Default pursuant to Federal Rule of Civil Procedure 55(c).

**IT IS SO STIPULATED.**

DATED: November 18, 2011

KRONENBERGER ROSENFELD, LLP

By:  s/Jeffrey M. Rosenfeld
  Jeffrey M. Rosenfeld

Attorneys for Plaintiffs

DATED: November 18, 2011

DENNIS A. WINSTON A PROFESSIONAL LAW CORPORATION

By:  s/ Dennis A. Winston
  Dennis A. Winston

Attorney for Defendants Zaazoom Solutions, LLC; Zaza Pay LLC, Automated Electronic Checking, Inc, Multiecom, LLC and Online Resource Center, LLC

KRONENBERGER ROSENFELD, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KRInternetLaw.com

Case No. 3:11-cv-05226-RS

1

**STIPULATION TO SET ASIDE DEFAULT;** ~~[PROP.]~~ **ORDER**

### [~~PROPOSED~~] ORDER

**IT IS HEREBY ORDERED** that pursuant to Federal Rule of Civil Procedure 55(c), the defaults entered against Defendants Multiecom, LLC and Online Resource Center, LLC, [D.E. No. 26], are hereby set aside.

**IT IS HEREBY FURTHER ORDERED** that Defendants Multiecom, LLC and Online Resource Center, LLC shall file a responsive pleading or motion within five (5) days of this Order.

Dated: November 18, 2011

_____
THE HON. RICHARD SEEBORG
United States District Court Judge

### ATTESTATION OF CONCURRENCE IN FILING

Pursuant to the General Order No. 45, section 45 X(B), for The United States District Court for the Northern District of California, I, Jeffrey M. Rosenfeld, hereby attest that the concurrence to the filing of the foregoing stipulation has been obtained from Dennis A. Winston who has provided the conformed signature above.