| | |
|---|---|
| 1 | PAUL J. HALL (SBN 066084) |
| | paul.hall@dlapiper.com |
| 2 | ISABELLE L. ORD (SBN 198224) |
| | isabelle.ord@dlapiper.com |
| 3 | ALEC CIERNY (SBN 275230) |
| | alec.cierny@dlapiper.com |
| 4 | DLA PIPER LLP (US) |
| | 555 Mission Street, Suite 2400 |
| 5 | San Francisco, CA  94105 |
| | Tel:  415.836-2500 |
| 6 | Fax:  415.836.2501 |
| 7 | Attorneys for Defendant |
| | FIRST BANK OF DELAWARE |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMBER KRISTI MARSH and STACIE EVANS, individually and on behalf of a class of similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>**ZAAZOOM SOLUTIONS, LLC**, a Delaware Limited Liability Company, **ZAZA PAY LLC**, a Delaware Limited Liability Company dba Discount Web Member Sites, LLC, Unlimited Local Savings, LLC, Web Discount Club, Web Credit Rpt. Co., MegaOnlineClub, LLC, and RaiseMoneyForAnything; **MULTIECOM, LLC**, a Colorado Limited Liability Company dba Online Discount Membership, Web Discount Company, and Liberty Discount Club; **ONLINE RESOURCE CENTER, LLC**, a Delaware Limited Liability Company dba Web Coupon Site, USave Coupon, and UClip; **MOE TASSOUDJI**, an individual, **BILL CUEVAS**, an individual, **FIRST BANK OF DELAWARE**, a Delaware Corporation, **FIRST NATIONAL BANK OF CENTRAL TEXAS**, a Texas Corporation; **SUNFIRST BANK**, a Utah Corporation; **JACK HENRY & ASSOCIATES, INC.**, a Delaware Corporation dba ProfitStars; **AUTOMATED ELECTRONIC CHECKING, INC.,** a Nevada Corporation; **DATA PROCESSING SYSTEMS, LLC**, a Delaware Limited Liability Company and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.  3:11-cv-05226-RS<br><br>**STIPULATION AND [PROPOSED] ORDER TO SET TIME OF FIRST BANK OF DELAWARE TO RESPOND TO SECOND AMENDED COMPLAINT** |

## STIPULATION AND [PROPOSED] ORDER

**TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

It is hereby stipulated, by and between plaintiffs Amber Kristi Marsh and Stacie Evans ("Plaintiffs") and defendant First Bank of Delaware, by and through their respective attorneys of record, that, subject to the approval of this Court, the time of First Bank of Delaware to respond to the Second Amended Complaint is extended to and includes December 9, 2011. This Stipulation is based upon the facts:

1. This case previously was pending in the Superior Court of California, County of San Francisco. During that time, defendant First Bank of Delaware was served with the Second Amended Complaint on September 26, 2011.

2. This case was removed to this Court on October 26, 2011 by another defendant.

3. Due to inadvertent clerical oversight and the inadvertent failure of internal procedures for docketing the service of a summons and complaint, First Bank of Delaware did not docket this case when it was served. The service of the summons and complaint and the existence of the Second Amended Complaint was not known to senior management of First Bank of Delaware until November 9, 2011.

5. Subject to the approval of this Court, Plaintiffs and First Bank of Delaware agree that First Bank of Delaware may have an extension of time, to and including December 9, 2011, within which to respond to Plaintiffs' Second Amended Complaint.

6. Defendant First Bank of Delaware reserves its right to assert any and all defenses to Plaintiffs' Second Amended Complaint in its response thereto, including but not limited to objections to jurisdiction, and the filing of this Stipulation is without prejudice to the right to assert any and all such defenses.

| | | |
|---|---|---|
| 1 | Dated: November 18, 2011 | DLA PIPER LLP (US) |
| 2 | | |
| 3 | | By: /s/ Paul J. Hall<br>PAUL J. HALL<br>Attorneys for Defendant |
| 4 | | FIRST BANK OF DELAWARE |
| 5 | Dated: November 18, 2011 | KROENENBERGER ROSENFELD LLP |
| 6 | | |
| 7 | | By: /s/ Jeffrey M. Rosenfeld<br>JEFFREY M. ROSENFELD<br>KARL S. KRONENBERGER |
| 8 | | Attorneys for Plaintiffs<br>AMBER KRISTI MARSH and STACIE |
| 9 | | EVANS |

I, Paul J. Hall, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER TO SET TIME OF FIRST BANK OF DELAWARE TO RESPOND TO SECOND AMENDED COMPLAINT. In compliance with General Order 45, X.B., I hereby attest that Jeffrey M. Rosenfeld has concurred in this filing.

DLA PIPER LLP (US)
SAN FRANCISCO

WEST\225399550.1

-3-
STIP AND [PROPOSED] ORDER RE FIRST BANK OF DELAWARE TO RESPOND TO SECOND AMENDED COMPLAINT [CASE NO. 3:11-CV-05226-RS]

# [PROPOSED] ORDER

Based on the foregoing stipulation of the Plaintiffs and Defendant First Bank of Delaware, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that Defendant First Bank of Delaware shall have an extension of time, to and including December 9, 2011, within which to respond to the Second Amended Complaint.

Dated: November 30, 2011.

_____
Honorable Richard Seeborg
United States District Judge

DLA Piper LLP (US)
SAN FRANCISCO

WEST\225399550.1

-4-
STIP AND [PROPOSED] ORDER RE FIRST BANK OF DELAWARE TO RESPOND TO SECOND AMENDED COMPLAINT [CASE NO. 3:11-CV-05226-RS]