**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (CA Bar No. 226112)
Jeffrey M. Rosenfeld (CA Bar No. 222187)
150 Post Street, Suite 520
San Francisco, CA 94108
Tel.: (415) 955-1155
Fax: (415) 955-1158
karl@KRInternetLaw.com
jeff@KRInternetLaw.com
Attorneys for Plaintiffs
Amber Kristi Marsh and Stacie Evans

DENNIS A. WINSTON
A PROFESSIONAL LAW CORPORATION
Dennis A. Winston (SBN 068049)
3221 Carter Ave, Apt. 444
Marina Del Rey, California 90292
Tel. (310) 306-4099 Fax (310) 306-4499
E-mail: denniswinston@yahoo.com

Attorneys for Defendants
ZaaZoom Solutions, LLC; ZaZa Pay, LLC;
Automated Electronic Checking, Inc,;
MultiEcom, LLC and Online Resource Center, LLC,
and *Specially Appearing* for Defendants Moe Tassoudji
and Bill Cuevas .

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **AMBER KRISTI MARSH** and **STACIE EVANS**, individually and on behalf of a class of similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>**ZAAZOOM SOLUTIONS, LLC**, et al.<br><br>Defendants. | Case No.: 3:11-cv-05226-RS<br><br>San Francisco Sup. Ct.<br>Case No.: CGC-11-510815<br><br>**CLASS ACTION**<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND DATE FOR FILING REPLY ON BEHALF OF *SPECIALLY APPEARING* DEFENDANTS MOE TASSOUDJI AND BILL CUEVAS IN SUPPORT OF MOTION TO QUASH<br><br>Hg. Date:   TBD<br>Hg. Time:   1:30 p.m.<br>Ctrm:         3, 17th Floor<br><br>[Complaint Filed May 9, 2011] |

**TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN**:

Plaintiffs AMBER KRISTI MARSH and STACIE EVANS ("Plaintiffs") and Specially Appearing Defendants MOE TASSOUDJI and BILL CUEVAS ("Specially Appearing Defendants") hereby STIPULATE as follows:

1. Specially Appearing Defendants shall have until December 2, 2011, to file a reply to their motion to dismiss for lack of jurisdiction [D.E. No. 14].

Dated:   November 30, 2011         KRONENBERGER ROSENFELD, LLP

                                   By  /s/ Jeffrey M. Rosenfeld
                                       Jeffrey M. Rosenfeld
                                       Attorneys for Plaintiffs

Dated:   November 30, 2011         DENNIS A. WINSTON,
                                   A PROFESSIONAL LAW CORPORATION

                                   By  /s/ Dennis A. Winston
                                       Dennis A. Winston Attorneys for
Defendants ZaaZoom Solutions, LLC; ZaZa Pay, LLC; Automated Electronic Checking, Inc., MultiECom, LLC and Online Resource Center, LLC and *Specially Appearing* Defendants Moe Tassoudji and Bill Cuevas

I, Dennis A. Winston, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER TO EXTEND DATE FOR FILING REPLY ON BEHALF OF SPECIALLY APPEARING DEFENDANTS MOE TASSOUDJI AND BILL CUEVAS IN SUPPORT OF MOTION TO QUASH.  I NCOMPLIANCE WITH General Order 45, X.B., I hereby attest that Jeffrey M. Rosenfeld has concurred in this filing.

## [PRPOPOSED] ORDER

THE ABOVE STIPULATION IS ACCEPTED.

THE DATE ON WHICH SPECIALLY APPEARING DEFENDANTS MAY FILE A REPLY TO THEIR MOTION TO QUASH IS EXTENDED TO DECEMBER 2, 2011.

Dated: ~~November~~ December 1, ___, 2011

_____
Judge United States District Court