*E-Filed 12/14/11*

PAUL J. HALL (SBN 066084)
paul.hall@dlapiper.com
ISABELLE L. ORD (SBN 198224)
isabelle.ord@dlapiper.com
ALEC CIERNY (SBN 275230)
alec.cierny@dlapiper.com
DLA PIPER LLP (US)
555 Mission Street, Suite 2400
San Francisco, CA 94105
Tel: 415.836-2500
Fax: 415.836.2501

Attorneys for Defendant
FIRST BANK OF DELAWARE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMBER KRISTI MARSH and STACIE EVANS, individually and on behalf of a class of similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>**ZAAZOOM SOLUTIONS, LLC**, a Delaware Limited Liability Company, **ZAZA PAY LLC**, a Delaware Limited Liability Company dba Discount Web Member Sites, LLC, Unlimited Local Savings, LLC, Web Discount Club, Web Credit Rpt. Co., MegaOnlineClub, LLC, and RaiseMoneyForAnything; **MULTIECOM, LLC**, a Colorado Limited Liability Company dba Online Discount Membership, Web Discount Company, and Liberty Discount Club; **ONLINE RESOURCE CENTER, LLC**, a Delaware Limited Liability Company dba Web Coupon Site, USave Coupon, and UClip; **MOE TASSOUDJI**, an individual, **BILL CUEVAS**, an individual, **FIRST BANK OF DELAWARE**, a Delaware Corporation, **FIRST NATIONAL BANK OF CENTRAL TEXAS**, a Texas Corporation; **SUNFIRST BANK**, a Utah Corporation; **JACK HENRY & ASSOCIATES, INC.**, a Delaware Corporation dba ProfitStars; **AUTOMATED ELECTRONIC CHECKING, INC.,** a Nevada Corporation; **DATA PROCESSING SYSTEMS, LLC**, a Delaware Limited Liability Company and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 3:11-cv-05226-RS<br><br>**STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE BRIEFING SCHEDULE REGARDING DEFENDANT FIRST BANK OF DELAWARE'S MOTION TO DISMISS AND MOTION TO STRIKE** |

DLA PIPER LLP (US)
SAN FRANCISCO

WEST\225516650.1

-1-
STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE BRIEFING SCHEDULE REGARDING DEFENDANT FIRST BANK OF DELAWARE'S MOTION TO DISMISS AND MOTION TO STRIKE
CASE NO. 3:11-CV-05226-RS

Subject to the approval of the Court, Defendant FIRST BANK OF DELAWARE ("Defendant") and AMBER KRISTI MARSH and STACIE EVANS, individually and on behalf of a class of similarly situated persons, ("Plaintiffs"), stipulate and agree as follows:

WHEREAS:

A. On November 30, 2011 Counsel for Defendant and Counsel for Plaintiffs Stipulated to extend Defendant's time to respond to Plaintiffs' Second Amended Complaint to December 9, 2011.

B. On November 30, 2011 the Court issued its Order granting the Parties' stipulation to extend Defendant's time to respond to Plaintiffs' Second Amended Complaint to December 9, 2011.

C. Local Rule 7-3 requires Plaintiffs' Opposition Brief to Defendants' Motion to Dismiss and Motion to Strike to be filed on or before December 23, 2011.

D. Local Rule 7-3 requires Defendant's Reply Brief to Plaintiffs' Opposition Motion to Dismiss and Motion to Strike to be filed on or before December 30, 2011.

E. On December 6, 2012 the Parties met and conferred to discuss a more compatible briefing schedule in-light of the Holiday Season, previously scheduled travel arrangements, and Court closures.

NOW, THEREFORE, subject to the approval of the Court, Plaintiffs and Defendant, by and through their respective counsel, stipulate and agree to the following briefing schedule:

| BRIEF | DUE ON OR BEFORE |
|---|---|
| Plaintiffs' Opposition Briefs | January 5, 2012 |
| Defendant's Reply Briefs | January 12, 2012 |
| Hearing Date on Motion to Dismiss and Motion to Strike | January 26, 2012 |

IT IS SO STIPULATED.

DLA Piper LLP (US)
San Francisco

WEST\225516650.1

-2-
STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE BRIEFING SCHEDULE REGARDING
DEFENDANT FIRST BANK OF DELAWARE'S MOTION TO DISMISS AND MOTION TO STRIKE
CASE NO. 3:11-CV-05226-RS

| | | |
|---|---|---|
| 1 | Dated:  December 9, 2011 | DLA PIPER LLP (US) |
| 2 | | |
| 3 | | By:  /s/ *Paul J. Hall*<br>    PAUL J. HALL<br>    Attorneys for Defendant |
| 4 | | FIRST BANK OF DELAWARE |
| 5 | Dated:  December 9, 2011 | KROENENBERGER ROSENFELD LLP |
| 6 | | |
| 7 | | By: */s/ Jeffrey M. Rosenfeld*<br>    JEFFREY M. ROSENFELD<br>    KARL S. KRONENBERGER |
| 8 | | Attorneys for Plaintiffs<br>    AMBER KRISTI MARSH and STACIE |
| 9 | | EVANS |

I, Paul J. Hall, am the ECF user whose ID and password are being used to file this STIPULATION AND [~~PROPOSED~~] ORDER TO RESCHEDULE BRIEFING SCHEDULE REGARDING DEFENDANT FIRST BANK OF DELAWARE'S MOTION TO DISMISS AND MOTION TO STRIKE.  In compliance with General Order 45, X.B., I hereby attest that Jeffrey M. Rosenfeld has concurred in this filing.

DLA PIPER LLP (US)
SAN FRANCISCO

WEST\225516650.1

-3-
STIPULATION AND [~~PROPOSED~~] ORDER TO RESCHEDULE BRIEFING SCHEDULE REGARDING
DEFENDANT FIRST BANK OF DELAWARE'S MOTION TO DISMISS AND MOTION TO STRIKE
CASE NO. 3:11-CV-05226-RS

# [~~PROPOSED~~] ORDER

Based on the foregoing stipulation of the Plaintiffs and Defendant First Bank of Delaware, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the parties shall comply with the following modified briefing schedule:

| BRIEF | DUE ON OR BEFORE |
|---|---|
| Plaintiffs' Opposition Briefs | January 5, 2012 |
| Defendant's Reply Briefs | January 12, 2012 |
| Hearing Date on Motion to Dismiss and Motion to Strike | January 26, 2012 |

Dated: December 14, 2011.

_____
Honorable Richard Seeborg
United States District Judge

DLA PIPER LLP (US)
SAN FRANCISCO

WEST\225516650.1

-4-
STIPULATION AND [~~PROPOSED~~] ORDER TO RESCHEDULE BRIEFING SCHEDULE REGARDING
DEFENDANT FIRST BANK OF DELAWARE'S MOTION TO DISMISS AND MOTION TO STRIKE
CASE NO. 3:11-CV-05226-RS