Dennis A. Winston (SBN 068049)
DENNIS A. WINSTON
A PROFESSIONAL LAW CORPORATION
3221 Carter Ave, Apt. 444
Marina Del Rey, California 90292
Tel. (310) 306-4099 Fax (310) 306-4499
E-mail: denniswinston@yahoo.com

Attorneys for Defendants
ZaaZoom Solutions, LLC; ZaZa Pay, LLC;
Automated Electronic Checking, Inc,;
MultiECom, LLC and Online Resource Center, LLC;
and *Specially Appearing* for Moe Tassoudji and Bill Cuevas

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **AMBER KRISTI MARSH** and **STACIE EVANS**, individually and on behalf of a class of similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>**ZAAZOOM SOLUTIONS, LLC**, a Delaware Limited Liability Company, et al.<br><br>Defendants. | Case No.: 4:11-cv-05226 YGR<br><br>San Francisco Sup. Ct.<br>Case No.: CGC-11-510815<br><br>**RE-NOTICE** OF HEARING ON:<br>(1) MOTION TO DISMISS BY DEFENDANTS ZAAZOOM SOLUTIONS, LLC; ZAZA PAY LLC; MULTIECOM, LLC; ONLINE RESOURCE CENTER, LLC AND AUTOMATED ELECTRONIC CHECKING, INC.; AND,<br>(2) MOTION TO QUASH BY *SPECIALLY APPEARING* DEFENDANTS MOE TASSOUDJI AND BILL CUEVAS IN RESPONSE TO SECOND AMENDED COMPLAINT<br><br>[Complaint Filed May 9, 2011]<br><br>Hg. Date: February 28, 2012<br>Hg. Time: 2:00 p.m.<br>Hg. Dept.: TBD |

**TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN**:

**PLEASE TAKE NOTICE** that that on February 28, 2012, at 2:00 p.m., in the courtroom to be determined at the above-referenced Federal Court located at 130 Clay Street, Oakland, California 94612, before the Hon. Yvonne Gonzalez Rodgers, Judge, the following motions will be heard as follows:

(1) DEFENDANTS ZAAZOOM SOLUTIONS, LLC; ZAZA PAY LLC; MULTIECOM, LLC; ONLINE RESOURCE CENTER, LLC and AUTOMATED ELECTRONIC CHECKING, INC. ("ZaaZoom Defendants") will move the Court to dismiss the First, Second, Fourth and Fifth Claims for Relief asserted in the Second Amended Complaint in this action (the "Action") pursuant to *F.R.Civ.P. 12(b)(1) and (6)* ("*12(b)(6) Motion*") in response to Plaintiffs' Second Amended Complaint; and,

(2) *Specially Appearing* DEFENDANTS MOE TASSOUDJI AND BILL CUEVAS ("Tassoudji Defendants") will move to quash service of process of the action (including the Second Amended Complaint) pursuant to *F.R.Civ.P. 12(b)(2)* (*"12(b)(2) Motion")* for lack of personal jurisdiction.

Said *12(b)(6)*[12] and *12(b)(2)*[14] Motions were originally filed and set for hearing in December 2011 before all hearing dates were vacated by order of the Court [24]. Said *12(b)(6)*[12] and *12(b)(2)*[14] Motions have been fully briefed by the parties and Plaintiffs do not object to the re-noticing of the hearings on said motions for February 28, 2012.

Dated: January 23, 2012                     DENNIS A. WINSTON,
                                            A PROFESSIONAL LAW CORPORATION


                                            By ___/s/_Dennis A. Winston_____
                                                Dennis A. Winston Attorneys for
                                            Defendants ZaaZoom Solutions, LLC; ZaZa Pay, LLC;
                                            Automated Electronic Checking, Inc., MultiECom, LLC
                                            and Online Resource Center, LLC and Specially
                                            Appearing for Defendants Moe Tassoudji and Bill Cuevas

2
RE-NOTICE OF HEARING ON:
(1) MOTION TO DISMISS BY DEFENDANTS ZAAZOOM SOLUTIONS, LLC; ZAZA PAY LLC; MULTIECOM, LLC; ONLINE RESOURCE CENTER, LLC AND AUTOMATED ELECTRONIC CHECKING, INC.; AND,
(2) MOTION TO QUASH BY SPECIALLY APPEARING DEFENDANTS MOE TASSOUDJI AND BILL CUEVAS IN RESPONSE TO SECOND AMENDED COMPLAINT
Case No.:  11-cv-05226 YGR