| | |
|---|---|
| 1 | PAUL J. HALL (SBN 066084) |
| | paul.hall@dlapiper.com |
| 2 | ISABELLE L. ORD (SBN 198224) |
| | isabelle.ord@dlapiper.com |
| 3 | ALEC CIERNY (SBN 275230) |
| | alec.cierny@dlapiper.com |
| 4 | DLA PIPER LLP (US) |
| | 555 Mission Street, Suite 2400 |
| 5 | San Francisco, CA  94105 |
| | Tel:  415.836-2500 |
| 6 | Fax:  415.836.2501 |
| 7 | Attorneys for Defendant |
| | FIRST BANK OF DELAWARE |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AMBER KRISTI MARSH and STACIE EVANS, individually and on behalf of a class of similarly situated persons, | CASE NO.  4:11-cv-05226-YGR |
| Plaintiffs, | **NOTICE OF NEW HEARING DATE FOR DEFENDANT FIRST BANK OF DELAWARE'S** |
| v. | |
| **ZAAZOOM SOLUTIONS, LLC**, a Delaware Limited Liability Company, **ZAZA PAY LLC**, a Delaware Limited Liability Company dba Discount Web Member Sites, LLC, Unlimited Local Savings, LLC, Web Discount Club, Web Credit Rpt. Co., MegaOnlineClub, LLC, and RaiseMoneyForAnything; **MULTIECOM, LLC**, a Colorado Limited Liability Company dba Online Discount Membership, Web Discount Company, and Liberty Discount Club; **ONLINE RESOURCE CENTER, LLC**, a Delaware Limited Liability Company dba Web Coupon Site, USave Coupon, and UClip; **MOE TASSOUDJI**, an individual, **BILL CUEVAS**, an individual, **FIRST BANK OF DELAWARE**, a Delaware Corporation, **FIRST NATIONAL BANK OF CENTRAL TEXAS**, a Texas Corporation; **SUNFIRST BANK**, a Utah Corporation; **JACK HENRY & ASSOCIATES, INC.**, a Delaware Corporation dba ProfitStars; **AUTOMATED ELECTRONIC CHECKING, INC.,** a Nevada Corporation;  **DATA PROCESSING SYSTEMS, LLC**, a Delaware Limited Liability Company and DOES 1-10, inclusive, | **(1) MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT, OR, IN THE ALTERNATIVE, FOR A MORE DEFINITIVE STATEMENT;** <br><br> **(2) MOTION TO STRIKE PORTIONS OF PLAINTIFFS' SECOND AMENDED COMPLAINT** <br><br> **DATE:** February 28, 2012 <br> **TIME:** 2:00 P.M. <br> **CTRM:** TBD <br> **JUDGE:** Hon. Yvonne Gonzalez Rogers |
| Defendants. | |

DLA PIPER LLP (US)
SAN FRANCISCO

WEST\228990126.1          NOTICE OF NEW HEARING DATE FOR DEFENDANT FIRST BANK OF DELAWARE'S
                          MOTIONS TO DISMISS AND STRIKE  - CASE NO.  4:11-CV-05226-YGR

TO THIS HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that on February 28, 2012 at 2:00 p.m. in the United States Courthouse, Ronald V. Dellums Federal Building, 1301 Clay Street, Oakland, California in a courtroom to be determined by the Court, the following motions will be heard:

(1) Defendant First Bank of Delaware will and hereby does move to dismiss the Second Amended Complaint and each claim for relief asserted therein under Rule 12(b)(6) of the Federal Rules of Civil Procedure, or in the alternative, First Bank will and hereby does move for a more definitive statement pursuant to Rule 12(e) of the Federal Rules of Civil Procedure; and,

(2) Defendant First Bank of Delaware will and hereby does move for an order under Rule 12(f) of the Federal Rules of Civil Procedure striking portions of the Second Amended Complaint.

The above referenced motions ("Motions") were originally filed on December 9, 2011 and set for hearing on January 26, 2012 before all hearings were vacated by the Court's Reassignment Order (Docket # 71) to the Honorable Yvonne Gonzalez Rogers. The Motions are fully briefed by the parties and Plaintiffs do not object to the re-noticing of the hearings on the Motions for February 28, 2012.

Dated: January 24, 2012

Respectfully submitted,

DLA PIPER LLP (US)

By: /s/ Paul J. Hall
    PAUL J. HALL

Attorney for Defendant
FIRST BANK OF DELAWARE

DLA PIPER LLP (US)
SAN FRANCISCO

WEST\228990126.1

-1-
NOTICE OF NEW HEARING DATE FOR DEFENDANT FIRST BANK OF DELAWARE'S MOTIONS TO DISMISS AND STRIKE - CASE NO. 4:11-CV-05226-YGR