UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES</u>

| | |
|---|---|
| Date: February 8, 2012 | JUDGE: Yvonne Gonzalez Rogers |
| Case No: C-11-5226- YGR | Time: 9:33am-10:07am |
| Case Name: Marsh v Zaazoom Solutions, et al. | |

**Attorney(s) for Plaintiff:**   Karl Kronenberger
Jeffrey Rosenfeld

**Attorney(s) for Defendant:**   Dennis Winston-Deft Zaazoom; MultiECom; Online Resources Ctr; Automated Elec. Checking

Neil Popovic- Def Data Processing
Lai Yip- Def Data Processing
Lyn Tadlock- 1st Nat Bank TX; J. Henry & Assoc.
Paul J. Hall- 1st Bank Delaware
Alec Cieny- 1st Bank Delaware

**Deputy Clerk**: Frances Stone        **Court Reporter**: Diane Skillman

### PROCEEDINGS

CMC- HELD


**Notes:** Motions hearing date is 2/28/12 at 2:00pm.
Court proposed trial date of June 2013. Plaintiffs have no objection. Defendants' counsel urged the Court to follow the proposed schedule submitted with the parties' Joint Case Management Statement, but stated that approximately 18 months after the pleadings are settled would be acceptable. The Court did not set a trial date.

With regard to pending motions scheduled for February 28, 2012, the Court instructed Defendants to file an administrative motion for relief if any defendant wishes to file a joinder regarding any motion. Such motion should be filed no later than February 13, 2012. Plaintiffs will be given a chance to respond if needed. If necessary, the Court will move the hearing date on February 28.