Richard M. Williams, State Bar No. 68032
Lyn D. Tadlock, State Bar No. 161277
**GRAY • DUFFY, LLP**
702 Marshall St., Suite 600
Redwood City, California 94063
Phone (650) 365-7343
Facsimile: (650) 365-6225
E-Mail: rwilliams@grayduffylaw.com
E-Mail: ltadlock@grayduffylaw.com

Attorneys for Defendants Jack Henry & Associates, Inc., a Delaware Corporation dba Profitstars and First National Bank of Central Texas, a Texas Corporation

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| AMBER KRISTI MARSH and STACIE EVANS, individually and on behalf of a class of similarly situated persons,<br><br>Plaintiff(s),<br><br>vs.<br><br>ZAAZOOM SOLUTIONS, LLC, a Delaware Limited Liability Company, ZAZA PAY LLC, a Delaware Limited Liability Company dba DISCOUNT WEB MEMBER SITES, LLC, Unlimited Local Savings LLC, WEB DISCOUNT CLUB, WEB CREDIT REPT. CO., MEGAONLINECLUB, LLC, and RAISEMONEYFOR ANYTHING; MULTIECOM, LLC, a Colorado Limited Liability Company dba ONLINE DISCOUNT MEMBERSHIP, WEB DISCOUNT COMPANY, and LIBERTY DISCOUNT CLUB; ONLINE RESOURCE CENTER, LLC, a Delaware Limited Liability Company dba Web Coupon Site, USAVE COUPON, and UCLIP, MOE TASSOUDJI, an individual, BILL CUEVAS, an individual, FIRST BANK OF DELAWARE, a Delaware Corporation; FIRST NATIONAL BANK OF CENTRAL TEXAS, a Texas Corporation; SUNFIRST BANK, a Utah Corporation; JACK HENRY & ASSOCIATES, INC., a Delaware Corporation dba PROFITSTARS; AUTOMATED | Case No. 4:11-cv-05226 YGR<br><br>**NOTICE OF JOINDER AND JOINDER OF DEFENDANT FIRST NATIONAL BANK OF CENTRAL TEXAS IN THE MOTION OF DEFENDANT FIRST BANK OF DELAWARE**<br>**(1) TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT, OR IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT**<br>**(2) TO STRIKE PORTIONS OF PLAINTIFFS' SECOND AMENDED COMPLAINT**<br><br>DATE: February 28, 2012<br>TIME: 2:00 p.m.<br>CTRM: TBD<br>JUDGE: Hon. Yvonne Gonzalez Rogers |

2/13 5:17
G:\Marsh - First National Bank\Joinder 1st Bank of Delaware Motion to Dismiss 02-13-12.wpd

1

NOTICE OF JOINDER AND JOINDER OF DEFENDANT FIRST NATIONAL BANK OF CENTRAL TEXAS IN THE MOTION OF DEFENDANT FIRST BANK OF DELAWARE
(1) TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT, OR IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT

ELECTRONIC CHECKING, INC., a Nevada Corporation; DATA PROCESSING SYSTEMS, LLC, a Delaware Limited Liability Company and DOES 1-10, inclusive,

Defendant(s).

TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

Defendant FIRST NATIONAL BANK OF CENTRAL TEXAS, hereby gives notice that it joins in the Motion previously filed by Defendant FIRST BANK OF DELAWARE for an order as follows:

(1) Dismissing Plaintiff's Second Amended Complaint and each claim for relief asserted therein under Rule 12(b)(6) of the Federal Rules of Civil Procedure, or in the Alternative, for a More Definite Statement pursuant to Rule 12(e) of the Federal Rules of Civil Procedure; or in the alternative,

(2) Striking Portions of Plaintiffs' Second Amended Complaint, under Federal Rule of Civil Procedure 12(f).

The aforementioned Motion of Defendant First Bank of Delaware is filed as Document No. 53; Plaintiffs' Opposition is filed as Document No. 60; Defendant First Bank of Delaware's Reply is filed as Document No. 66.

Respectfully submitted,

DATED: February 13, 2012

GRAY • DUFFY, LLP

By: /s/ Lyn D. Tadlock

RICHARD M. WILLIAMS
LYN D. TADLOCK
Attorneys for Defendant First National Bank of Central Texas, a Texas Corporation

2

2/13 5:17
G:\Marsh - First National Bank\Joinder 1st Bank of Delaware Motion to Dismiss 02-13-12.wpd

NOTICE OF JOINDER AND JOINDER OF DEFENDANT FIRST NATIONAL BANK OF CENTRAL TEXAS IN THE MOTION OF DEFENDANT FIRST BANK OF DELAWARE
(1) TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT, OR IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT