SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
NEIL A.F. POPOVIC, Cal. Bar No. 132403
MEREDITH A. JONES-MCKEOWN, Cal. Bar No. 233301
LAI L. YIP, Cal. Bar No. 258029
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415-434-9100
Facsimile: 415-434-3947
npopovic@sheppardmullin.com
mjonesmckeown@sheppardmullin.com
lyip@sheppardmullin.com

Attorneys for Defendant
DATA PROCESSING SYSTEMS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER KRISTI MARSH and STACIE EVANS, individually and on behalf of a class of similarly situated persons,<br><br>Plaintiffs,<br><br>vs.<br><br>ZAAZOOM SOLUTIONS, LLC, a Delaware Limited Liability Company, ZAZA PAY LLC, a Delaware Limited Liability Company dba DISCOUNT WEB MEMBER SITES, LLC, Unlimited Local Savings LLC, WEB DISCOUNT CLUB, WEB CREDIT REPT. CO., MEGAONLINECLUB, LLC, and RAISEMONEY FOR ANYTHING; MULTIECOM, LLC, a Colorado Limited Liability Company dba ONLINE DISCOUNT MEMBERSHIP, WEB DISCOUNT COMPANY, and LIBERTY DISCOUNT CLUB; ONLINE RESOURCE CENTER, LLC, a Delaware Limited Liability Company dba Web Coupon Site, USAVE COUPON, and UCLIP, MOE TASSOUDJI, an individual, BILL CUEVAS, an individual, FIRST BANK OF DELAWARE, a Delaware Corporation; FIRST NATIONAL BANK OF CENTRAL TEXAS, a Texas Corporation; SUNFIRST BANK, a Utah Corporation; JACK HENRY & ASSOCIATES, INC., a Delaware Corporation dba PROFITSTARS; | Case No. CV-11-5226 (YGR)<br>San Francisco County Superior Court<br>Case No. CGC-11-510815<br><br>**DATA PROCESSING SYSTEMS, LLC'S NOTICE OF ADMINISTRATIVE MOTION AND ADMINISTRATIVE MOTION FOR LEAVE TO FILE JOINDER IN PENDING MOTIONS PURSUANT TO L.R. 7-11**<br><br>Complaint Filed: May 9, 2011<br>Trial Date: None Set |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | AUTOMATED ELECTRONIC CHECKING, INC., a Nevada Corporation; DATA PROCESSING SYSTEMS, LLC, a Delaware Limited Liability Company and DOES 1-10, inclusive,<br><br>　　　　　　　　Defendants. |

6　　　　　　TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF

7 RECORD:

8　　　　　　PLEASE TAKE NOTICE that defendant Data Processing Systems, LLC

9 ("DPS") hereby administratively moves pursuant to Civil Local Rule 7-11 for leave to join:

10　　　1.　　the pending motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(1) and (6)

11　　　　　　filed by defendants Zaazoom Solutions, LLC, Zaza Pay LLC, and Automated

12　　　　　　Electronic Processing Systems, Inc., in its entirety, and

13　　　2.　　the pending motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6) or, in the

14　　　　　　alternative, for a more definite statement pursuant to Fed. R. Civ. P. 12(e)

15　　　　　　filed by defendant First Bank of Delaware, with respect to its argument

16　　　　　　regarding plaintiff's third claim for relief (violation of Electronic

17　　　　　　Communications Privacy Act, 18 U.S.C. § 2510, *et seq.*),

18 both of which are set for hearing on February 28, 2012. DPS files this administrative

19 motion pursuant to the Court's instructions at the February 8, 2012 case management

20 conference. *See* Dkt. #81 (Minute Entry: Initial Case Management Conference). This

21 motion is made on the grounds that the Local Rules do not otherwise provide for filing a

22 joinder after a motion has been fully briefed.

23　　　　　　This administrative motion is based on this notice of administrative motion

24 and administrative motion, all of the pleadings and records in this action, and such other

25 written and/or oral material as DPS may present at or prior to any hearing before this Court.

26

27

28

1 | Dated: February 13, 2012

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By     */s/ Neil A.F. Popović*
NEIL A.F. POPOVIĆ
MEREDITH A. JONES-McKEOWN
LAI L. YIP
Attorneys for Defendant
DATA PROCESSING SYSTEMS, LLC

---

W02-EAST:5LLY1\200463975.1
Case No. CV-11-5226 (YGR)

-2-

NOTICE OF ADMINISTRATIVE MOTION AND
ADMINISTRATION MOTION FOR LEAVE TO FILE
JOINDER IN PENDING MOTIONS