Richard M. Williams, State Bar No. 68032
Lyn D. Tadlock, State Bar No. 161277
GRAY • DUFFY, LLP
702 Marshall St., Suite 600
Redwood City, California 94063
Phone (650) 365-7343
Facsimile: (650) 365-6225
E-Mail: rwilliams@grayduffylaw.com
E-Mail: ltadlock@grayduffylaw.com

Attorneys for Defendants Jack Henry & Associates, Inc., a Delaware Corporation dba Profitstars and First National Bank of Central Texas, a Texas Corporation

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| AMBER KRISTI MARSH and STACIE EVANS, individually and on behalf of a class of similarly situated persons,<br><br>Plaintiff(s),<br><br>vs.<br><br>ZAAZOOM SOLUTIONS, LLC, a Delaware Limited Liability Company, ZAZA PAY LLC, a Delaware Limited Liability Company dba DISCOUNT WEB MEMBER SITES, LLC, Unlimited Local Savings LLC, WEB DISCOUNT CLUB, WEB CREDIT REPT. CO., MEGAONLINECLUB, LLC, and RAISEMONEYFOR ANYTHING; MULTIECOM, LLC, a Colorado Limited Liability Company dba ONLINE DISCOUNT MEMBERSHIP, WEB DISCOUNT COMPANY, and LIBERTY DISCOUNT CLUB; ONLINE RESOURCE CENTER, LLC, a Delaware Limited Liability Company dba Web Coupon Site, USAVE COUPON, and UCLIP, MOE TASSOUDJI, an individual, BILL CUEVAS, an individual, FIRST BANK OF DELAWARE, a Delaware Corporation; FIRST NATIONAL BANK OF CENTRAL TEXAS, a Texas Corporation; SUNFIRST BANK, a Utah Corporation; JACK HENRY & ASSOCIATES, INC., a Delaware Corporation dba PROFITSTARS; AUTOMATED | Case No. 4:11-cv-05226 YGR<br><br>**DEFENDANT JACK HENRY & ASSOCIATES, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS THE THIRD AMENDED COMPLAINT**<br><br>**(FEDERAL RULES OF CIVIL PROCEDURE 12(B)(6))**<br><br>DATE: June 12, 2012<br>TIME: 2:00 p.m.<br>CTRM: One, 4th Floor<br>JUDGE: Hon. Yvonne Gonzalez Rogers |

ELECTRONIC CHECKING, INC., a Nevada Corporation; DATA PROCESSING SYSTEMS, LLC, a Delaware Limited Liability Company and DOES 1-10, inclusive,

Defendant(s).

## NOTICE OF MOTION AND MOTION

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on June 12, 2012, at 2:00 p.m., or as soon thereafter as this matter may be heard before the Honorable Yvonne Gonzalez Rogers in Courtroom One of the above-entitled Court located in the Ronald V. Dellums Federal Building, at 1301 Clay Street, Oakland, California 94612, Jack Henry & Associates, Inc. will and hereby does move to dismiss the Third Amended Complaint (the "Complaint") of Plaintiffs AMBER KRISTI MARSH and STACIE EVANS, individually and on behalf of a class of similarly situated persons ("Plaintiffs"), and each claim for relief asserted therein, alleged against Jack Henry & Associates, Inc. This Motion is made on the following grounds:

Jack Henry & Associates, Inc. will and hereby does move to dismiss the Complaint and each claim for relief asserted therein under Rule 12(b)(6) of the Federal Rules of Civil Procedure, on the grounds that:

1. Plaintiffs' Second Claim for Relief for Violation of the Wrongful Prong of California Business & Professions Code section 17200 against Jack Henry & Associates, Inc. must be dismissed on the grounds that the Third Amended Complaint fails to plead factual allegations sufficient to constitute a plausible claim against Jack Henry & Associates, Inc. *Ashcroft v. Iqbal*, 556 U.S. 662, 129 S.Ct. 1937 (2009).

2. Plaintiffs' Fourth Claim for Relief for Violation of the Fraudulent Prong of California Business & Professions Code section 17200 against Jack Henry & Associates, Inc. must be dismissed on the grounds that the Third Amended Complaint fails to plead factual allegations sufficient to constitute a plausible claim against Jack Henry & Associates, Inc. *Ashcroft v. Iqbal*, 556 U.S. 662, 129 S.Ct. 1937 (2009).

DEFENDANT JACK HENRY & ASSOCIATES, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS THE THIRD AMENDED COMPLAINT

3. Plaintiffs' Sixth Claim for Relief for Violation of the Unfair Prong of California Business & Professions Code section 17200 against Jack Henry & Associates, Inc. must be dismissed on the grounds that the Third Amended Complaint fails to plead factual allegations sufficient to constitute a plausible claim against Jack Henry & Associates, Inc. *Ashcroft v. Iqbal*, 556 U.S. 662, 129 S.Ct. 1937 (2009).

4. Plaintiffs' Seventh Claim for Relief for Conversion against Jack Henry & Associates, Inc. must be dismissed on the grounds that the Third Amended Complaint fails to plead factual allegations sufficient to constitute a plausible claim against Jack Henry & Associates, Inc. *Ashcroft v. Iqbal*, 556 U.S. 662, 129 S.Ct. 1937 (2009).

5. Plaintiffs' Ninth Claim for Relief for Negligence against Jack Henry & Associates, Inc. must be dismissed on the grounds that the Third Amended Complaint fails to plead factual allegations sufficient to constitute a plausible claim against Jack Henry & Associates, Inc. *Ashcroft v. Iqbal*, 556 U.S. 662, 129 S.Ct. 1937 (2009).

The Motion is based on this Notice of Motion and Motion of First National Bank of Central Texas, the accompanying Motion to Dismiss the Complaint, the supporting Memorandum of Points and Authorities, all pleadings and papers on file in this case, all matters of which this Court may take judicial notice, and the arguments of counsel.

Respectfully submitted,

DATED: May 1st, 2012                    GRAY • DUFFY, LLP

                                        By: /s/ Lyn D. Tadlock
                                        _____
                                        RICHARD M. WILLIAMS
                                        LYN D. TADLOCK
                                        Attorneys for Defendant First National Bank of Central Texas, a Texas Corporation