| | |
|---|---|
| 1 | PAUL J. HALL (SBN 066084) |
|   | paul.hall@dlapiper.com |
| 2 | ISABELLE L. ORD (SBN 198224) |
|   | isabelle.ord@dlapiper.com |
| 3 | ALEC CIERNY (SBN 275230) |
|   | alec.cierny@dlapiper.com |
| 4 | DLA PIPER LLP (US) |
|   | 555 Mission Street, Suite 2400 |
| 5 | San Francisco, CA  94105 |
|   | Tel:  415.836.2500 |
| 6 | Fax:  415.836.2501 |
| 7 | Attorneys for Defendant |
|   | FIRST BANK OF DELAWARE |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

AMBER KRISTI MARSH and STACIE EVANS, individually and on behalf of a class of similarly situated persons,

Plaintiffs,

v.

**ZAAZOOM SOLUTIONS, LLC**, a Delaware Limited Liability Company, **ZAZA PAY LLC**, a Delaware Limited Liability Company dba Discount Web Member Sites, LLC, Unlimited Local Savings, LLC, Web Discount Club, Web Credit Rpt. Co., MegaOnlineClub, LLC, and RaiseMoneyForAnything; **MULTIECOM, LLC**, a Colorado Limited Liability Company dba Online Discount Membership, Web Discount Company, and Liberty Discount Club; **ONLINE RESOURCE CENTER, LLC**, a Delaware Limited Liability Company dba Web Coupon Site, USave Coupon, and UClip; **MOE TASSOUDJI**, an individual, **BILL CUEVAS**, an individual, **FIRST BANK OF DELAWARE**, a Delaware Corporation, **FIRST NATIONAL BANK OF CENTRAL TEXAS**, a Texas Corporation; **SUNFIRST BANK**, a Utah Corporation; **JACK HENRY & ASSOCIATES, INC.**, a Delaware Corporation dba ProfitStars; **AUTOMATED ELECTRONIC CHECKING, INC.**, a Nevada Corporation;  **DATA PROCESSING SYSTEMS, LLC**, a Delaware Limited Liability Company and DOES 1-10, inclusive,

Defendants.

CASE NO.  4:11-cv-05226-YGR

**STIPULATION CONTINUING DEFENDANTS' RESPONSIVE PLEADING DATE**

IT IS SO ORDERED

*[Signature]*
Judge Yvonne Gonzalez Rogers

12/20/2012

# STIPULATION

**TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

It is hereby stipulated, by and between plaintiffs AMBER KRISTI MARSH and STACIE EVANS ("Plaintiffs") and defendants FIRST BANK OF DELAWARE, ZAAZOOM SOLUTIONS, LLC, ZAZA PAY LLC, MULTIECOM, LLC, ONLINE RESOURCE CENTER, LLC, FIRST NATIONAL BANK OF CENTRAL TEXAS, JACK HENRY & ASSOCIATES, INC., AUTOMATED ELECTRONIC CHECKING, INC., and DATA PROCESSING SYSTEMS, LLC ("Defendants") by and through their respective attorneys of record, that the time for Defendants to respond to Plaintiffs' Third Amended Complaint ("TAC") is extended to and includes January 10, 2013. This Stipulation is based upon the following facts:

1. On December 13, 2012, this Court issued its Order granting in part and denying in part defendants First National Bank of Central Texas and First Bank of Delaware's motions to dismiss the TAC and denying defendant Zaazoom Solutions LLC and Jack Henry & Associates' motions to dismiss the TAC.

2. The current date by which Defendants must respond to the TAC is December 27, 2012.

3. The stipulated extension by which Defendants must respond to the TAC will accommodate the parties' and their counsels' previously scheduled holiday travel arrangements.

4. This stipulation for a two week extension of time to respond to the TAC will not alter or affect the date of any event or deadline already set by the Court.

| | |
|---|---|
| Dated:  December 19, 2012 | Respectfully submitted,<br><br>**KRONENBERGER ROSENFELD, LLP**<br><br>By:   */s/ Jeff Rosenfeld*<br>     JEFF ROSENFELD<br><br>Attorneys for Plaintiffs<br>AMBER KRISTI MARSH AND STACIE EVENS, INDIVIDUALLY AND ON BEHALF OF A CLASS OF SIMILARLY SITUATED PERSONS. |
| Dated:  December 19, 2012 | **DLA PIPER LLP (US)**<br><br>By:   */s/ Paul J. Hall*<br>     PAUL J. HALL<br><br>Attorneys for Defendant<br>FIRST BANK OF DELAWARE |
| Dated:  December 19, 2012 | **DENNIS A. WINSTON A.P.L.C.**<br><br>By:   */s/ Dennis A. Winston*<br>     DENNIS A. WINSTON<br><br>Attorneys for Defendants<br>ZAAZOOM SOLUTIONS, LLC, ZAZA PAY LLC, MULTIECOM, LLC, ONLINE RESOURCE CENTER, LLC, AND AUTOMATED ELECTRONIC CHECKING, INC., AND DATA PROCESSING SYSTEMS, LLC |
| Dated:  December 19, 2012 | **GRAY DUFFY, LLP**<br><br>By:   */s/ Richard M. Williams*<br>     RICHARD MARTIN WILLIAMS<br>     LYN DAVALY TADLOCK<br><br>Attorneys for Defendants<br>FIRST NATIONAL BANK OF CENTRAL TEXAS AND JACK HENRY & ASSOCIATES, INC. |

## ATTESTATION OF CONCURRENCE IN FILING

Pursuant to the General Order No. 45, section 45 X(B), for the United States District Court for the Northern District of California, I, Paul J. Hall, hereby attest that the concurrence to the filing of the foregoing document has been obtained from the signatories above who have provided the conformed signatures above.

Dated: December 19, 2012       **DLA PIPER LLP (US)**

By: /s/ *Paul J. Hall*
       PAUL J. HALL

Attorneys for Defendant
FIRST BANK OF DELAWARE