UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER KRISTI MARSH and STACIE EVANS, individually and on behalf of a class of similarly situated persons,<br><br>   Plaintiffs,<br><br>  vs.<br><br>ZAAZOOM SOLUTIONS, LLC, et al.,<br><br>   Defendants. | Case No.: C-11-05226-YGR<br><br>**ORDER REGARDING DEFENDANTS' MOTION TO STRIKE CLASS ALLEGATIONS** |

At the Case Management Conference on March 18, 2013, the Court stated that Defendants may jointly file a motion to strike class allegations, which may be accompanied by a motion to stay. (Dkt. No. 149.)

The Court hereby **ORDERS** that if Defendants choose to proceed with the motion to strike, the parties shall follow the letter brief process set forth in the Court's Standing Order in Civil Cases for motions for summary judgment. (*See* Section 9.) Defendants, as the moving party, must file a letter brief with a copy to Chambers and opposing parties, explaining the grounds for the motion. Defendants shall jointly file one letter brief. The letter shall be no more than three single-spaced pages in length, *including* any attached exhibits or other supporting papers. Within three (3) business days after receipt of the letter, Plaintiffs must file a written response addressing the substance of the moving party's letter, with a copy to Chambers and the moving party. This response shall also be limited to three single-spaced pages, *including* any attached exhibits or supporting papers.

After reviewing the parties' respective letters, the Court will advise the parties if additional briefing, a telephonic conference, or a personal appearance will be necessary.

**IT IS SO ORDERED.**

Dated: March 22, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**