United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

AMBER KRISTI MARSH,

      Plaintiff,

    vs.

ZAAZOOM SOLUTIONS, et al.,

      Defendants.

Case No.: 11-cv-5226 YGR (KAW)

ORDER SETTING PHONE CONFERENCE

     Plaintiff has filed a request for a telephonic conference to enforce the undersigned's meet and confer requirement.  A telephone conference is hereby set for **April 11, 2013, at 11:00 a.m**.  The Court will call Plaintiff's counsel, Jeffrey Michael Rosenfeld, and Defendants' counsel, Dennis Adriel Winston, at the phone numbers listed on CM/ECF.

     It is so ORDERED.

DATE: April 9, 2013

_____
KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE