UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **AMBER KRISTI MARSH** and **STACIE EVANS**, individually and on behalf of a class of similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>**ZAAZOOM SOLUTIONS, LLC**, a Delaware Limited Liability Company; **ZAZA PAY LLC**, a Delaware Limited Liability Company *dba* Discount Web Member Sites, LLC, Unlimited Local Savings, LLC, Web Discount Club, Web Credit Rpt. Co., MegaOnlineClub, LLC, and RaiseMoneyForAnything; **MULTIECOM, LLC**, a Colorado Limited Liability Company *dba* Online Discount Membership, Web Discount Company, and Liberty Discount Club; ONLINE **RESOURCE CENTER, LLC**, a Delaware Limited Liability Company *dba* Web Coupon Site, USave Coupon, and UClip; **FIRST BANK OF DELAWARE**, a Delaware Corporation; **FIRST NATIONAL BANK OF CENTRAL TEXAS**, a Texas Corporation; **JACK HENRY & ASSOCIATES, INC.**, a Delaware Corporation *dba* PROFITSTARS; **AUTOMATED ELECTRONIC CHECKING, INC.**, a Nevada Corporation; **DATA PROCESSING SYSTEMS, LLC**, a Delaware Limited Liability Company; and **DOES 1-10**, inclusive,<br><br>Defendants. | Case No. 3:11-cv-05226-WHO<br><br>**ORDER REGARDING TIME FOR PLAINTIFFS TO FILE THEIR UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Re: Dkt. No. 175 |

Based on the Stipulation of Plaintiffs Amber Kristi Marsh and Stacie Evans ("Plaintiffs") and Defendant First Bank of Delaware (Dkt. No. 175), the Court ORDERS that Plaintiffs' date to file their Unopposed Motion for Preliminary Approval of Class Action Settlement, and all sup-

-1-

EAST\56961848.1     ORDER REGARDING TIME FOR PLAINTIFFS TO FILE
THEIR UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF
CLASS ACTION SETTLEMENT [CASE NO. 3:11-cv-05226-WHO]

DLA Piper LLP (US)
San Francisco

1  porting documentation, is extended from July 31, 2013, to August 15, 2013.

2  **IT IS SO ORDERED.**

4  Dated: August 12, 2013



Honorable William H. Orrick
United States District Judge

-2-

DLA Piper LLP (US)
San Francisco

EAST\56961848.1

ORDER REGARDING TIME FOR PLAINTIFFS TO FILE
THEIR UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF
CLASS ACTION SETTLEMENT [CASE NO. 3:11-cv-05226-WHO]