1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| 11 **AMBER KRISTI MARSH** and **STACIE EVANS**, individually and on behalf of a 12 class of similarly situated persons,<br><br>13 Plaintiffs,<br><br>14 v.<br><br>15 **ZAAZOOM SOLUTIONS, LLC**, a Delaware Limited Liability Company; **ZAZA PAY LLC**, a 16 Delaware Limited Liability Company *dba* Discount Web Member Sites, LLC, Unlimited Local Savings, 17 LLC, Web Discount Club, Web Credit Rpt. Co., MegaOnlineClub, LLC, and 18 RaiseMoneyForAnything; **MULTIECOM, LLC**, a Colorado Limited Liability Company *dba* Online 19 Discount Membership, Web Discount Company, and Liberty Discount Club; ONLINE **RESOURCE** 20 **CENTER, LLC**, a Delaware Limited Liability Company *dba* Web Coupon Site, USave Coupon, and 21 UClip; **FIRST BANK OF DELAWARE**, a Delaware Corporation; **FIRST NATIONAL BANK** 22 **OF CENTRAL TEXAS**, a Texas Corporation; **JACK HENRY & ASSOCIATES, INC.**, a 23 Delaware Corporation *dba* PROFITSTARS; **AUTOMATED ELECTRONIC CHECKING,** 24 **INC.**, a Nevada Corporation; **DATA PROCESSING SYSTEMS, LLC**, a Delaware Limited Liability 25 Company; and **DOES 1-10**, inclusive,<br><br>26<br><br>27 Defendants. | Case No. 3:11-cv-05226-WHO<br><br>**ORDER REGARDING TIME FOR PLAINTIFFS TO FILE THEIR UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

28

DLA PIPER LLP (US)
SAN FRANCISCO

-1-

EAST\57487168.1

ORDER REGARDING TIME FOR PLAINTIFFS TO FILE
THEIR UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF
CLASS ACTION SETTLEMENT [CASE NO. 3:11-cv-05226-WHO]

1

2
Based on the foregoing Stipulation of plaintiffs Amber Kristi Marsh and Stacie Evans

3
("Plaintiffs") and defendant First Bank of Delaware, and good cause appearing therefor, IT IS

4
HEREBY ODERED that Plaintiffs' date to file their Unopposed Motion for Preliminary

5
Approval of Class Action Settlement, and all supporting documentation, is extended to September

6
19, 2013.

7

8
Dated:  August 14, 2013

9

10

11
Honorable William H. Orrick
United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DLA PIPER LLP (US)
SAN FRANCISCO

EAST\57487168.1

ORDER  REGARDING TIME FOR PLAINTIFFS TO FILE
THEIR UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF
CLASS ACTION SETTLEMENT [CASE NO. 3:11-cv-05226-WHO]