United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER KRISTI MARSH, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ZAAZOOM SOLUTIONS, LLC, et al.,<br><br>    Defendants. | Case No. 11-cv-05226-WHO<br><br>**ORDER TO SHOW CAUSE WHY DEFAULT AND DEFAULT JUDGMENT SHOULD NOT BE ENTERED** |

The plaintiffs have filed Plaintiffs' Request For Clerk To Enter Default Against Defendants Zaazoom Solutions, LLC, Zaza Pay LLC, Multiecom, LLC, Online Resource Center, LLC, Automated Electronic Checking, Inc., and Data Processing Systems, LLC (collectively "the Zaazoom defendants"), because each of these entities has been unrepresented by licensed counsel since the death of Dennis A. Winston, Esq., their previous counsel, on July 17, 2013.

Corporations and limited liability companies can only appear in federal court through counsel. *Rowland v. Calif. Men's Colony, Unit II Men's Advisory Council*, 506 US 194, 202 (1993); *United States v. High Country Broad. Co.*, 3 F. 3d 1244, 1245 (9th Cir. 1993); CIVIL LOCAL RULE 3-9(b) ("A corporation, unincorporated association, partnership or other such entity may appear only through a member of the bar of this Court.").

Accordingly, the Court ORDERS the Zaazoom defendants to show cause why default and default judgment should not be entered against them for not being represented by counsel before the Court. *See Employee Painters' Trust v. Ethan Enters., Inc.*, 480 F. 3d 993, 998 (9th Cir. 2007). The Zaazoom defendants shall respond to this Order within 30 days from the date below or default shall be entered against them. This Order shall be vacated if counsel appears on behalf of the Zaazoom defendants within 30 days.

The Court further ORDERS the plaintiffs (1) to serve a copy of this Order on the Zaazoom defendants by mail and (2) to file a certificate of service within five days from the date below.

**IT IS SO ORDERED.**

Dated: October 24, 2013



WILLIAM H. ORRICK
United States District Judge