UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER KRISTI MARSH, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>ZAAZOOM SOLUTIONS, LLC, et al.,<br><br>  Defendants. | Case No. 11-cv-05226-WHO<br><br>**ORDER GRANTING MOTION FOR ENTRY OF DEFAULT**<br><br>Re: Dkt. No. 184 |

On October 22, 2013, the plaintiffs filed Plaintiffs' Request For Clerk To Enter Default Against Defendants Zaazoom Solutions, LLC, Zaza Pay LLC, Multiecom, LLC, Online Resource Center, LLC, Automated Electronic Checking, Inc., and Data Processing Systems, LLC (collectively, "the Zaazoom defendants"), because each of these entities has been unrepresented by licensed counsel since the death of Dennis A. Winston, Esq., their previous counsel, on July 17, 2013. On October 24, 2013, the Court ordered the Zaazoom defendants to show cause why default and default judgment should not be entered against them for not being represented by counsel before the Court. Dkt. No. 187 ("Order"). In particular, the Court ordered the Zaazoom defendants to respond within 30 days or default shall be entered against them, and ordered the plaintiffs to serve the Order on the Zaazoom defendants by mail. The Court stated that the Order shall be vacated if counsel appears on behalf of the Zaazoom defendants. The plaintiffs certified that they have served the Zaazoom defendants. Dkt. No. 188.

The docket reflects that Data Processing Systems, LLC, is represented by the law firm of Sheppard Mullin Richter & Hampton LLP. However, none of the other Zaazoom defendants have responded to the Order, nor has counsel appeared for them.

As the Court explained in its Order, corporations and limited liability companies can only

appear in federal court through counsel. *Rowland v. Calif. Men's Colony, Unit II Men's Advisory Council*, 506 US 194, 202 (1993); *United States v. High Country Broad. Co.*, 3 F. 3d 1244, 1245 (9th Cir. 1993); CIVIL LOCAL RULE 3-9(b) ("A corporation, unincorporated association, partnership or other such entity may appear only through a member of the bar of this Court.").

Because defendants Zaazoom Solutions, LLC, Zaza Pay LLC, Multiecom, LLC, Online Resource Center, LLC, and Automated Electronic Checking, Inc., have not responded to the Order, nor has counsel appeared on their behalf, the Court ORDERS that default judgment be entered against them.

**IT IS SO ORDERED.**

Dated: December 2, 2013

_____
WILLIAM H. ORRICK
United States District Judge