UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER KRISTI MARSH, et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>FIRST BANK OF DELAWARE, et al.,<br><br>   Defendants. | Case No. 11-cv-05226-WHO<br><br>**ORDER GRANTING LEAVE TO FILE MOTION TO STRIKE AND MOTION TO STAY**<br><br>Re: Dkt. No. 193 |

At a case management conference on March 18, 2013, before the Honorable Yvonne Gonzales Rogers, Judge Gonzales Rogers stated that the defendants may jointly file a motion to strike class allegations, which may be accompanied by a motion to stay. Dkt. No. 149. Judge Gonzales Rogers ordered that if the defendants intended to file a motion to strike, they must jointly file a three-page letter brief with the Court explaining the grounds for the motion. Dkt. No. 151. Within three business days of the filing of such a letter brief, the plaintiffs must file a similar written response addressing the substance of the defendants' letter.

Defendants Jack Henry & Associates and First National Bank of Central Texas filed a letter brief on November 21, 2013. Dkt. No. 193. The deadline for the plaintiffs to file a response was November 26, 2013, but they have not filed one. Accordingly the Court GRANTS the defendants leave to file a joint motion to strike.

**IT IS SO ORDERED.**

Dated: December 3, 2013

WILLIAM H. ORRICK
United States District Judge