1
2
3
4
5
6
7
8
9
10
11
12

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

13
14
15

| | |
|---|---|
| **AMBER KRISTI MARSH** and **STACIE EVANS,** individually and on behalf of a class of similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>**ZAAZOOM SOLUTIONS, LLC**, *et al.*,<br><br>Defendants. | **CLASS ACTION**<br><br>Case No. 3:11-cv-05226-WHO<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION AND FOR APPOINTMENT OF CLASS COUNSEL**<br><br>Date:       February 5, 2014<br>Time:      2:00 p.m.<br>Ctrm.      2, 17th Floor<br>Judge:    The Hon. William H. Orrick |

16
17
18
19
20
21
22
23
24
25
26
27
28

Case No. 3:11-cv-05226-WHO            [PROP] ORDER GRANTING PLAINTIFF'S
                                       MTN FOR CLASS CERTIFICATION

1  **[PROPOSED] ORDER**

2  Having considered Plaintiff's Motion for Class Certification and good cause having
3  been show,   IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED.

4  IT IS HEREBY FURTHER ORDERED that that the following classes are certified:

5  - All individuals from whom Membership Fees were collected (or who
6  incurred Bank Account Fees in connection with a collection or attempted
7  collection of Membership Fees) by way of remotely created check(s)
8  drafted by Defendant Jack Henry & Associates, Inc. and deposited with
9  First National Bank of Central Texas, from May 6, 2007 to the date of the
10  preliminary approval order (the "Class").

11  IT IS HEREBY FURTHER ORDERED that Plaintiff Marsh is appointed as class
12  representative for the Class.

13  IT IS HEREBY FURTHER ORDERED that the law firms of Kronenberger
14  Rosenfeld, LLP and Arias Ozzello & Gignac LLP are appointed as class counsel for the
15  Class.

16

17  **IT IS SO ORDERED.**

18

19  Dated:_____            _____
20                                        The Honorable William H. Orrick
                                          United States District Judge