UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER KRISTI MARSH, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>FIRST BANK OF DELAWARE, et al.,<br><br>　　　　　Defendants. | Case No. 11-cv-05226-WHO<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME**<br><br>Re: Dkt. No. 237 |

### **ORDER**

Although the Court's Order denying the plaintiffs' motion to seal (Dkt. No. 229) only stated the plaintiffs shall re-file a motion to seal "promptly," having considered Plaintiffs' Administrative Motion to Extend Time to File Second Motion to File Documents Under Seal and good cause having been shown:

IT IS HEREBY ORDERED that Plaintiffs' Motion is GRANTED.

IT IS HEREBY FURTHER ORDERED that Plaintiffs are granted a two-day extension of time to file their new motion to seal.

The plaintiffs are reminded to strictly adhere to the requirements of Civil Local Rule 79-5, including the provisions concerning the form of courtesy copies to the Court. Failure to strictly comply will result in denial of any motions to seal.

**IT IS SO ORDERED.**

Dated: January 22, 2014



WILLIAM H. ORRICK
United States District Judge