PAUL J. HALL (SBN 066084)
paul.hall@dlapiper.com
ISABELLE L. ORD (SBN 198224)
isabelle.ord@dlapiper.com
ALEC CIERNY (SBN 275230)
alec.cierny@dlapiper.com
DLA PIPER LLP (US)
555 Mission Street, Suite 2400
San Francisco, CA 94105
Tel: 415.836-2500
Fax: 415.836.2501

Attorneys for Defendant
FIRST BANK OF DELAWARE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMBER KRISTI MARSH and STACIE EVANS, individually and on behalf of a class of similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>**ZAAZOOM SOLUTIONS, LLC**, a Delaware Limited Liability Company; **ZAZA PAY LLC**, a Delaware Limited Liability Company *dba* Discount Web Member Sites, LLC, Unlimited Local Savings, LLC, Web Discount Club, Web Credit Rpt. Co., MegaOnlineClub, LLC, and RaiseMoneyForAnything; **MULTIECOM, LLC**, a Colorado Limited Liability Company *dba* Online Discount Membership, Web Discount Company, and Liberty Discount Club; **ONLINE RESOURCE CENTER, LLC**, a Delaware Limited Liability Company *dba* Web Coupon Site, USave Coupon, and UClip; **FIRST BANK OF DELAWARE**, a Delaware Corporation; **FIRST NATIONAL BANK OF CENTRAL TEXAS**, a Texas Corporation; **JACK HENRY & ASSOCIATES, INC.**, a Delaware Corporation *dba* PROFITSTARS; **AUTOMATED ELECTRONIC CHECKING, INC.**, a Nevada Corporation; **DATA PROCESSING SYSTEMS, LLC**, a Delaware Limited Liability Company; and **DOES 1-10**, inclusive,<br><br>Defendants. | CASE NO. 3:11-cv-05226-WHO<br><br>**ORDER RE: DEFENDANT FIRST BANK OF DELAWARE'S MOTION FOR GOOD FAITH SETTLEMENT DETERMINIATION AND CONFIRMATION OF CONTRIBUTION PROTECTION TO FIRST BANK OF DELAWARE**<br><br>Date: January 15, 2014<br>Time: 2:00 P.M.<br>Courtroom: 2 |

-1-

EAST\66971283.1

ORDER RE: DEFENDANT FIRST BANK OF DELAWARE'S
MOTION TO FOR GOOD FAITH SETTLEMENT DETERMINATION
CASE NO. 3:11-CV-05226-WHO

**TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

Defendant FIRST BANK OF DELAWARE's ("FBD") Motion for Good Faith Settlement Determination and Confirmation of Contribution Protection to First Bank of Delaware in the above-captioned action came on regularly to be heard on January 15, 2014, in Courtroom 2 of the above-referenced Court. FBD was represented by DLA Piper LLP (US), Paul J. Hall appearing, all other appearances were as noted on the record. The motion was unopposed.

Upon consideration of the written and oral argument presented by counsel, the Court makes the following rulings and enters the following **ORDER** based thereon:

1. FBD's Motion for Good Faith Settlement Determination and Confirmation of Contribution Protection to First Bank of Delaware is **GRANTED** conditioned on final approval of the class action settlement.

**IT IS SO ORDERED**

Dated: January 22, 2014.

Honorable William H. Orrick
United States District Judge

-2-
ORDER RE: DEFENDANT FIRST BANK OF DELAWARE'S MOTION TO FOR GOOD FAITH SETTLEMENT DETERMINATION
CASE NO. 3:11-CV-05226-WHO

DLA Piper LLP (US)
San Francisco

EAST\66971283.1